UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 17-cr-0301 (WMW/DTS) |
| Plaintiff, | **FINAL ORDER OF FORFEITURE** |
| v. | |
| Domonick Deshay Wright (1), Brian Funtanous Mack (2), James Lavell Brown (3), Hakeem Malik Dontae Flax (4), | |
| Defendants. | |

---

WHEREAS, on June 6, 2019, this Court entered a Preliminary Order of Forfeiture ordering Defendants to forfeit property to Plaintiff United States of America, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

WHEREAS, beginning on June 8, 2019, the United States posted a Notice of Criminal Forfeiture for at least 30 consecutive days on an official government Internet site (www.forfeiture.gov), providing notice of the intention of the United States to dispose of the property described below in accordance with law and notice of the right of third parties to petition the Court within 60 days of the first date of posting for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no petitions have been filed with the Clerk of Court and the time for filing a petition has expired;

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1.   Plaintiff United States of America's motion for final order of forfeiture,

(Dkt. 348), is **GRANTED**.

2. All right, title, and interest in the following property are hereby forfeited to and vested in the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c):

   a. Walther P99 .40 caliber semi-automatic pistol bearing serial number FAB1679 and ammunition seized therewith;

   b. Beretta model PX4 Storm .40 caliber semi-automatic pistol bearing serial number PY47527 and ammunition seized therewith;

   c. Springfield model XD9 9mm semi-automatic pistol bearing serial number XD239292 and ammunition seized therewith;

   d. Glock model 9mm 26 semi-automatic pistol bearing serial number REN119 and ammunition seized therewith;

   e. Zastava Kragujevac model PAP M92 PV 7.62 caliber semi-automatic rifle bearing serial number M92PV007482 and ammunition seized therewith;

   f. Glock 9mm ammunition; and

   g. Remington .45 caliber ammunition.

3. The above-described property shall be disposed of by the United States in accordance with law.

   LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 9, 2020                         s/Wilhelmina M. Wright
                                               Wilhelmina M. Wright
                                               United States District Judge