UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 17-cr-0301 (WMW/DTS) |
| Plaintiff, | |
| v. | **ORDER APPOINTING COUNSEL AND SETTING BRIEFING SCHEDULE** |
| Domonick Deshay Wright (1), | |
| Defendant. | |

---

This matter is before the Court on Defendant Domonick Deshay Wright's motion to appoint counsel for the purpose of seeking a sentencing reduction. (Dkt. 388.) The Court has determined that Wright is financially unable to employ counsel and that it is in the interest of justice that counsel be appointed pursuant to 18 U.S.C. § 3006A.

Based on the foregoing analysis and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED**:

1. Defendant Domonick Deshay Wright's motion to appoint counsel, (Dkt. 388), is **GRANTED**.

2. Keala C. Ede and the Office of the Federal Defender for the District of Minnesota are appointed pursuant to 18 U.S.C. § 3006A.

3. Defendant Domonick Deshay Wright shall file a supplemental memorandum of law in support of his motion for compassionate release no later than November 6, 2020.

2

4. Plaintiff United States of America shall file a response memorandum of law no later than November 30, 2020.

5. Defendant Domonick Deshay Wright may file a reply memorandum of law no later than December 7, 2020.

Dated: October 28, 2020							s/Wilhelmina M. Wright
											Wilhelmina M. Wright
											United States District Judge