CASE 0:17-cr-00301-JMB-DTS   Doc. 463   Filed 06/21/24   Page 1 of 2

AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)        Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

United States of America
v.
Dominic Deshay Wright

Case No: 17-CR-00301 (JMB/DTS)
USM No:

Date of Original Judgment: 10/21/2019
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Keala C. Ede
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

The Defendant is ineligible for a sentence reduction because the Amendment is not applicable to the defendant, pursuant to U.S.S.G. § 1B1.10(a)(2)(A). Specifically, the Court sustained the Defendant's objection at sentencing and did not apply an increase for status points, pursuant to U.S.S.G. § 4A1.1(d) (now (e)).

Except as otherwise provided, all provisions of the judgment dated 10/21/2019 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 06/21/2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Jeffrey M. Bryan, U.S. District Judge
*Printed name and title*

AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 2 of 2 (Page 2 Not for Public Disclosure)

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: Dominic Deshay Wright
CASE NUMBER: 17-CR-00301 (JMB/DTS)
DISTRICT: District of Minnesota

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*
Previous Total Offense Level: _____   Amended Total Offense Level: _____
Criminal History Category: _____   Criminal History Category: _____
Previous Guideline Range: _____ to _____ months   Amended Guideline Range: _____ to _____ months

**II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

**III. FACTORS CONSIDERED UNDER USSG § 1B1.10 AND 18 U.S.C. § 3553(a)** *(See Chavez-Meza v. United States, 138 S.Ct. 1959 (2018))*

Print    Save As...    Add Attachment    Reset